**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Danny J. Wertz,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>GEA Heat Exchangers Inc., et al.,<br><br>　　　　　Defendants | CIVIL ACTION NO. 1:14-CV-1991<br><br>(KANE, J.)<br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 16th day of December, 2015, it is hereby **ORDERED** that Plaintiff shall be permitted to take the deposition of Tim Ambrose, one deposition in excess of the ten permitted in the current case management order, and further, shall be permitted to take the depositions of Sandra Shirey and Dave Stauch.

Dated: December 16, 2015　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**